81 F.3d 149
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Leon Keith GASKINS, Plaintiff-Appellant,
v.
Lawrence V. KELLY, State's Attorney for Allegany County;
Frank R. Weatherbee, State's Attorney for Anne Arundel
County; Stuart O. Simms, State's Attorney for Baltimore
City; Sandra A. O'Connor, State's Attorney for Baltimore
County; Warren F. Sengstack, State's Attorney for Calvert
County; Christian J. Jensen, State's Attorney for Caroline
County; Thomas E. Hickman, State's Attorney for Carroll
County; Michael R. Burkey, Public Defender for Allegany
County; Alan R. Friedman, Public Defender; Joy L.
Phillips, Public Defender; Thelma J. Thompson, Public
Defender; Carl Buchheister, Public Defender; Stefan R.
Skipp, Public Defender; Carol A. Hanson, Public Defender;
John L. Scarborough, State's Attorney for Cecil County;
Leonard C. Collins, Jr., State's Attorney for Charles
County; Michael C. Maloney, State's Attorney for Dorchester
County; Lawrence A. Dorsey, Jr., State's Attorney for
Frederick County; Joseph I. Cassilly, State's Attorney for
Harford County; William R. Hymes, State's Attorney for
Howard County; Susanne Hayman, State's Attorney for Kent
County; William R. Walter, Public Defender; John P. Rue,
III, Public Defender; Franklin Stillrich, Public Defender;
Daryl T. Walters, Public Defender; Lloyd G. Merriam, Public
Defender; James L. Sherbin, State's Attorney for Garrett
County; Andrew L. Sonner, State's Attorney for Montgomery
County; Alexander Williams, Jr., State's Attorney for
Prince George's County; David Weston Gregory, State's
Attorney for Queen Anne's County; Walter B. Dorsey, State's
Attorney for Saint Mary's County; Logan C. Widdowson,
State's Attorney for Somerset County; Kenneth Long, Jr.,
State's Attorney for Washington County; J. Theodore
Wieseman, Public Defender; Maureen Lamasney, Public
Defender; John D. Bailey, Jr., Public Defender; David R.
Ruark, State's Attorney for Wicomico County; B. Randall
Coates, State's Attorney for Worcester County; Herbert L.
Rollins, Judge; G. Edward Dwyer, Judge; Theodore G. Bloom,
Judge; J. Joseph Curran, Jr., Attorney General; Parris N.
Glendening, Governor; Carol E. Chance, Chief Attorney,
Collateral Review Division; Jonathan L. Katz; Scott
Whitney, Deputy P.D.; Julia Doyle Bernthardt, Assistant
Public Defender, Appellate Division, Defendants-Appellees.
 No. 95-8576.
 United States Court of Appeals, Fourth Circuit.
 Submitted: Feb. 27, 1996.
Decided: March 21, 1996.
 
 Leon Keith Gaskins, Appellant Pro Se.
 Before MURNAGHAN, WILKINS, and LUTTIG, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant noted this appeal outside the thirty-day appeal period established by Fed. R.App. P. 4(a)(1), failed to obtain an extension of the appeal period within the additional thirty-day period provided by Fed. R.App. P. 4(a)(5), and is not entitled to relief under Fed. R.App. P. 4(a)(6). The time periods established by Fed. R.App. P. 4 are "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)). The district court entered its order on Oct. 25, 1995; Appellant's notice of appeal was filed on Dec. 11, 1995. Appellant's failure to note a timely appeal or obtain an extension of the appeal period deprives this court of jurisdiction to consider this case. We therefore dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 
 2
 DISMISSED.